**Andy SABERI, Plaintiff–Appellant,**

v.

**SHELL OIL PRODUCTS; Equilon Enterprises, LLC, Defendants– Appellees.**

No. 05–15866.

United States Court of Appeals, Ninth Circuit.

Argued and Submitted March 13, 2007.

Filed March 16, 2007.

Philip Keith, Esq., Amen & Keith, San Francisco, CA, Thomas I. Saberi, Law Of-

by 9th Cir. R. 36–3.

fices of William H. Paynter, San Francisco, CA, for Plaintiff–Appellant.

Helen L. Duncan, Attorney, Dinh Ha, Esq., Fulbright & Jaworski, LLP, Los Angeles, CA, for Defendants–Appellees.

Before: BRUNETTI, W. FLETCHER, and BEA, Circuit Judges.

## MEMORANDUM *

As the district court correctly determined, Plaintiff's declaration does not create a genuine issue of material fact as to whether Defendant promised to sell the service station within a particular time frame. Because Defendant performed as allegedly promised when it eventually sold the station to Plaintiff, the promissory fraud claim fails as a matter of law.

**AFFIRMED.**

---

* This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).